Levanna. Jesse Lee then told Levanna to "cut his throat," and she replied, "I can't do it"; he then said "Give it to me," and Jesse took the razor and cut Jones' throat, and then Levanna caught "the body by the hand and threw it several feet and turned it over on the face."

A merciful jury found the two women guilty of murder without malice, and a five year sentence, which was suspended during good behavior. Jesse Lee was found guilty of murder without malice and given four years in the penitentiary, and his sentence was not suspended, hence his appeal.

The trial court failed to observe the provisions of the indeterminate sentence law and sentenced Jesse Lee, the appellant, to not less than four nor more than four years in the penitentiary.

■■ We think the facts are sufficient to support the verdict herein against the appellant. The sentence is hereby reformed so as to confine appellant in the penitentiary in this cause not less than two years nor more than four years, and as reformed the judgment is affirmed.

Albert Baskin, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

. KRUEGER, Judge.

The conviction is for murder. The punishment assessed is confinement in the state penitentiary for a term of five years.

The record is before this court without statement of facts or bills of exception. The indictment and all other matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.